IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
**3:07-CV-480-GCM**

| | |
|---|---|
| FRANK BETZ ASSOCIATES, INC., ) | |
| Plaintiff, ) | |
| v. ) | **ORDER GRANTING** |
| ) | **ADMISSION PRO HAC VICE** |
| WILLIAM P. DILLON, JR. and ) | |
| DILLON HOMES, ) | |
| Defendants. ) | |

**THIS MATTER** is before the Court upon the motion of Plaintiff to allow **Wallace K. Lightsey** to appear *Pro Hac Vice*, dated February 5, 2008 [doc # 16].

Upon careful review and consideration, this Court will grant the Application.

In accordance with Local Rule 83.1 (B), the Court notes that Mr. Lightsey has paid the admission fee of Two Hundred Fifty ($250.00) Dollars to the Clerk of Court.

**IT IS SO ORDERED.**

Signed: February 11, 2008

Graham C. Mullen
United States District Judge