UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| Frank Betz Associates, Inc., <br><br> Plaintiff, <br><br> vs. <br><br> William P. Dillon, Jr., and Dillon Homes, Inc., <br><br> Defendants, <br><br> vs. <br><br> Douglas E. Tino and Douglas E. Tino, Inc., <br><br> Third Party Defendants | C.A. No.: 3:07-cv-480 <br><br><br><br> ORDER |

Counsel for the Plaintiff and counsel for the Defendants have notified the Court that they have reached a settlement and have jointly moved to dismiss the Complaint with prejudice. The Defendants' Third Party Complaint (document #25) has not been settled and remains pending.

Therefore, the Court **DISMISSES** the Complaint (document #1) **WITH PREJUDICE**.

**SO ORDERED, ADJUDGED AND DECREED**.

Signed: January 5, 2009

*Carl Horn, III*
Carl Horn, III
United States Magistrate Judge